No. 201, Misc. GALLEGOS *v.* ARIZONA EX REL. EYMAN, WARDEN. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 149, Misc. IN RE DISBARMENT OF SULLIVAN. It having been reported to the Court that Thomas W. Sullivan, of Montgomery, Alabama, has been disbarred from the practice of the law by the Supreme Court of the State of Alabama; and this Court by order of April 28, 1969 [394 U. S. 995], having suspended the said Thomas W. Sullivan from the practice of the law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, who has filed a return; now, upon consideration of the rule to show cause and the return aforesaid;

It is ordered that the said Thomas W. Sullivan be, and he is hereby, disbarred, and that his name be stricken from the roll of attorneys admitted to practice in this Court.

No. 437, Misc. FARRELL, ADMINISTRATOR, ET AL. *v.* WYATT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Lee S. Kreindler* on the motion. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* in opposition.

No. 84. UNITED STATES *v.* JORN. Appeal from D. C. Utah. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States. *Gerald R. Miller* for appellee.